PROB 12B
(12/00)

# United States District Court
**for**
The District of Rhode Island

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

**Name of Offender:** Krystal Pierce **Case Number:** 1:00CR0022-001T

**Name of Sentencing Judicial Officer:** Honorable Ernest C. Torres

**Date of Original Sentence:** 08/16/00

**Original Offense:** Distribution of Cocaine Base

**Original Sentence:** Custody of the Bureau of Prisons for forty-six (46) months, three (3) years supervised release with the special condition to perform 10 hours of community service per week in a program to be determined by the U.S. Probation Department

**Modification:** On August 20, 2003, supervised release was modified for the offender to perform 10 hours of community serve per week as approved by the U.S. Probation Department, for every week not employed full-time.

**Modification:** On June 2, 2004, supervised release was modified for the offender to participate in a mental health counseling program approved by the U.S. Probation Department.

**Modification:** On January 23, 2006, supervised release was modified to include substance abuse treatment and urine testing.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** 06/27/03

---

☐ To extend the term of supervision for ______ years, for a total term of ______ years.

☒ To modify the conditions of supervision as follows:

1. Participate in a program approved by the U.S. Probation Department for inpatient/outpatient substance abuse, which program may include testing to determine whether the offender has reverted to the use of drugs or alcohol.

Ms. Pierce has consented to the proposed modification and a Prob 49 - **Waiver of Hearing to Modify Conditions of Supervised Release** is attached.

PROB 12B
(12/00)

## CAUSE

On January 25, 2006, Ms. Pierce reported to the Probation Department for a urine screen, and she advised that she has been using crack cocaine on a daily basis for the past two months. As Your Honor will recall, the Court, upon the request of the Probation Department, recently modified her conditions to include substance abuse treatment and testing. However, since the Probation Department just learned about the extent of her drug problem, it is now respectfully recommended that her conditions be modified to include the above-mentioned special condition. Ms. Pierce has agreed to the modification, and she has been scheduled to report on January 27, 2006 to Gosnold, Inc. in Falmouth, Massachusetts for inpatient substance abuse treatment.

**Reviewed and Approved by:**

Kurt E. O'Sullivan

**Kurt E. O'Sullivan**
**Supervising U.S. Probation Officer**

Date: 1/25/06

**Respectfully Submitted by:**

Kathleen M. Hopkins

**Kathleen M. Hopkins**
**U.S. Probation Officer**

Date: 1/25/06

## The Court Orders

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☑ The Modification of Conditions as Noted Above
- ☐ Other

Ernest C Torres

Honorable Ernest C. Torres
Chief U.S. District Judge

1/27/06
Date

Prob 49
(Rev. 3/89)

# United States District Court
# for
# The District of Rhode Island

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant will participate in an inpatient/outpatient program approved by the U.S. Probation Department for substance abuse, which program will include testing to determine whether the defendant has reverted to the use of drugs or alcohol.

Witness: [signature] Signed: [signature]

1/24/06
Date